UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA MORRIS, as Special, Administrator of the ESTATE OF HEATHER S. MATTERN, Deceased, And CYNTHIA MORRIS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA MEDICAL PRODUCTS, INC., and LAERDAL MEDICAL CORPORATION, a foreign corporation,<br><br>Defendants. | Case No. 8:08-cv-72<br><br>**ORDER WITHDRAWING STIPULATION FOR DISMISSAL OF CALIFORNIA MEDICAL PRODUCTS, INC.** |

Based upon the Motion for Withdrawal of Stipulation for Dismissal of California Medical Products, Inc. and the Stipulation for Dismissal With Prejudice of California Medical Products, Inc. entered into between the attorneys of record for the parties to this action,

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal of California Medical Product filed with the Court on April 11, 2008, docket no. 16, is withdrawn.

**DATED April 16, 2008.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**