UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA MORRIS, as Special, Administrator of the ESTATE OF HEATHER S. MATTERN, Deceased, And CYNTHIA MORRIS, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA MEDICAL PRODUCTS, Inc., and LAERDAL MEDICAL CORPORATION, a foreign corporation,<br><br>    Defendants. | Case No. 8:08-cv-72<br><br>**PROTECTIVE ORDER** |

Upon the Stipulation for Protective Order filed on April 30, 2008 (Docket No. 20) by and among plaintiff Cynthia Morris and defendants California Medical Products, Inc. and Laerdal Medical Corporation, this Court hereby issues this Protective Order adopting and incorporating as its Order the parties' Stipulation for Protective Order.

DATED April 30, 2008.

                                                  BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge