IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CYNTHIA MORRIS, as Special Administrator of the ESTATE OF HEATHER S. MATTERN, Deceased, and CYNTHIA MORRIS, individually,** )<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CALIFORNIA MEDICAL PRODUCTS, INC., and LAERDAL MEDICAL CORPORATION, a foreign corporation,** )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **CASE NO. 8:08CV72**<br><br>**ORDER** |

This matter is before the Court on the Plaintiffs' motion for an extension of time in which to file their brief in opposition to Defendant California Medical Products, Inc.'s motion for summary judgment. The Plaintiffs' brief is due on September 8, 2008, and they request an additional ten days, or until September 18, 2008, to file their brief (Filing No. 54). The Plaintiffs' motion does not indicate any attempt by Plaintiffs' counsel to consult with opposing counsel in order to ascertain whether there is any objection to the motion. Furthermore, the Plaintiffs have failed to provide the Court with any reason to support their request for additional time. *See* NECivR 6.1(a)(2). Therefore, the Court finds that no good cause is shown for the requested extension of time has been shown. The Court will allow Plaintiffs to file their brief on or before September 12, 2008. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' motion for an extension of time (Filing No. 54) is denied; and

2. The Plaintiffs shall file and serve their brief on or before September 12, 2008.

DATED this 8th day of September, 2008.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                United States District Judge