**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CYNTHIA MORRIS, as Special Administrator of the ESTATE OF HEATHER S. MATTERN, Deceased, and CYNTHIA MORRIS, individually,** | ) ) ) ) ) | **CASE NO. 8:08CV72** |
| **Plaintiffs,** | ) ) | **ORDER** |
| **v.** | ) ) | |
| **CALIFORNIA MEDICAL PRODUCTS, INC., and LAERDAL MEDICAL CORPORATION, a Foreign Corporation,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendant California Medical Products, Inc.'s

Motion for Summary Judgment (Filing No. 45), and Plaintiffs' Motion for Dismissal Without

Prejudice of California Medical Products, Inc. (Filing No. 57). In support of the Motion for

Summary Judgment, counsel for Defendants California Medical Products, Inc. ("CMP"),

and Laerdal Medical Corporation ("Laerdal") present evidence to the effect that Laerdal

acquired CMP through a complete stock purchase in 1991, assuming all CMP's legal

liabilities, and that CMP now has no legal existence. Plaintiffs' only response to the Motion

for Summary Judgment is its Motion for Dismissal Without Prejudice. Accordingly,

IT IS ORDERED:

1.    The Plaintiffs' Motion for Dismissal Without Prejudice of California Medical

Products, Inc. (Filing No. 57) is granted;

2.      The Plaintiffs' action is dismissed as to California Medical Products, Inc.,

        without prejudice;

3.      The Defendant California Medical Products, Inc.'s Motion for Summary

        Judgment (Filing No. 45) is denied as moot; and

4.      The Clerk of the Court is directed to amend the caption in this case by

        terminating California Medical Products, Inc. as a defendant.


DATED this 15th day of September, 2008.

                              BY THE COURT:


                              s/Laurie Smith Camp
                              United States District Judge