IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA MORRIS, as Special Administrator of the ESTATE OF HEATHER S. MATTERN, Deceased, and CYNTHIA MORRIS, Individually, | ) ) ) ) ) | Case No. 8:08cv72 |
| Plaintiff, | ) ) | **AMENDED ORDER** |
| vs. | ) ) | |
| LAERDAL MEDICAL CORPORATION, A foreign corporation, | ) ) ) | |
| Defendant. | ) | |

Upon Notice of Settlement (#73) filed by Michael C. Cox, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **April 30, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for August 20, 2009, is cancelled upon the representation that this case is settled.

Dated this 30th day of March 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge