IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CYNTHIA MORRIS, as Special Administrator of the ESTATE OF HEATHER S. MATTERN, Deceased, and CYNTHIA MORRIS, individually,** | CASE NO. 8:08CV72 |
| **Plaintiffs,** | **ORDER OF DISMISSAL** |
| v. | |
| **LAERDAL MEDICAL CORPORATION,** a Foreign Corporation, | |
| **Defendant.** | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 76) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 23rd day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge